UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Curtis W. Green, Jr.,

      Plaintiff,

v.

Commissioner of Social Security,

      Defendant.

_____/

Case No. 21-10680

Judith E. Levy
United States District Judge

Mag. Judge Patricia T. Morris

**ORDER ADOPTING REPORT AND RECOMMENDATION [16], GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12], AND DENYING DEFENDANT'S MOTION FOR <u>SUMMARY JUDGMENT [14]</u>**

  This is a Social Security appeal. Before the Court is Magistrate Judge Patricia T. Morris' report and recommendation ("R&R") (ECF No. 16) recommending the Court grant Plaintiff Curtis W. Green, Jr.'s motion for summary judgment (ECF No. 12) and deny Defendant Commissioner of Social Security's motion for summary judgment (ECF No. 14), issued April 21, 2022. The parties were required to file specific written objections to the R&R within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court

has nevertheless thoroughly reviewed the R&R and concurs in the reasoning and result. Accordingly,

The R&R (ECF No. 16) is ADOPTED;

Plaintiff's motion for summary judgment (ECF No. 12) is GRANTED;

Defendant's motion for summary judgment (ECF No. 14) is DENIED; and

The findings of the Commissioner are REVERSED AND REMANDED for proceedings consistent with the R&R.[1]

IT IS SO ORDERED.

| | |
|---|---|
| Dated: May 18, 2022<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 18, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the R&R, the parties have waived any further right of appeal. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).